# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2767

_____

| | | |
|---|---|---|
| Salvatore V. Ballato, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Donald G. Romine; Gregory D. | * | District of Minnesota. |
| Wickstrom; Eugene A. Homeister; | * | |
| F. W. Apple; Inez C. Smith; Lt. (NFN) | * | [UNPUBLISHED] |
| Earl; (NFN) Cisar; William Morgan; | * | |
| Zandra Guitterrez; Carrol V. Ruedy; | * | |
| (NFN) Andersen; D. E. Nelson; John | * | |
| and Jane Does, 1-20, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 18, 2000
Filed: April 24, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Salvatore Ballato seeks to appeal the district court's[1] 28 U.S.C. § 1915A dismissal of his <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971) suit. We dismiss the appeal for lack of jurisdiction because Ballato's notice of appeal was untimely. <u>See</u> Fed. R. App. P 4(a)(1), 4(c)(1); <u>Burgs v. Johnson County, Iowa,</u> 79 F.3d 701, 702 (8th Cir. 1996) (per curiam) (timely notice of appeal is mandatory and jurisdictional). We deny Ballato's motion to expand the record.

Accordingly, the appeal is dismissed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable John M. Mason, United States Magistrate Judge for the District of Minnesota.